UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVIN BROADWAY                                              CIVIL ACTION

VERSUS

TIM HOOPER, ET AL.                                   NO. 22-00041-BAJ-RLB

RULING AND ORDER

Before the Court is Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)**. The Petition is opposed. (Docs. 12, 13).

On July 3, 2024, the Magistrate Judge issued a **Report and Recommendation (Doc. 15, the "Report")**, recommending that Petitioner's Petition **be denied as untimely, and, further, that the Court deny** Petitioner a certificate of appealability (COA). Petitioner's deadline to object to the Report has passed, without any objection from Petitioner.

Upon de novo review, and having carefully considered Petitioner's Petition, the State's opposition, the state court record, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)** be and is hereby **DENIED**.

IT IS FURTHER ORDERED that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition or the correctness of the Court's substantive rulings.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 18th day of July, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**